

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Mario Avila Negrete,

\* From the 132nd District Court
of Scurry County,
Trial Court No. 11019.

Vs. No. 11-24-00057-CR

\* May 22, 2025

The State of Texas,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's nunc pro tunc revocation judgment and the district clerk's bill of costs to delete the recitation that "restitution" is payable to the Scurry County Community Supervision and Corrections Department. We further modify the judgment to properly characterize the "restitution" designated by the trial court in its nunc pro tunc revocation judgment as the outstanding $1,500 fine, $775 in reimbursement fees, and $290 in court costs that the trial court originally assessed against Appellant during Appellant's guilty plea proceeding. As modified, we affirm the trial court's nunc pro tunc revocation judgment.